UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MICHELE CELESTIN,

                Plaintiff,                07 CV 5674 (DAB)

      v.                              **STATEMENT PURSUANT TO FRCP RULE 7.1**

FOUNTAIN HOUSE, INC.,

                Defendant.

------------------------------------------------------------ X

      The Defendant herein declares as follows, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    1. The Defendant has no parent corporation.

    2. No publicly held corporation holds 10% or more of the Defendant's stock.

Dated: December 10, 2007
       New York, New York

                                        Respectfully submitted,

                                        Bond, Schoeneck & King, PLLC
                                        Attorneys for the Defendant
                                        By Richard G. Kass (RK7613)
                                        330 Madison Avenue, 39th Floor
                                        New York, New York 10017
                                        (646) 253-2322