```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-29-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELE CELESTIN,

                Plaintiff,

      - against -

FOUNTAIN HOUSE, INC.,

               Defendant.

ORDER

07 Civ. 5674 (DAB) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

      **IT IS HEREBY ORDERED** that discovery in this case shall close on **October 31, 2008.**

**SO ORDERED this 29th day of August 2008**
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge